```
                                        F I L E D
                                   CLERK, U.S. DISTRICT COURT

                                        JAN 22 2025

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY: _____rsm_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| UNITED STATES OF AMERICA, | CR No. **2:25-CR-00044-AH** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(o)(1): Possession of a Machinegun; 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| COLIN JONES, | |
| Defendant. | |

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. § 922(o)(1)]

On or about May 31, 2024, in Ventura County, within the Central District of California, defendant COLIN JONES knowingly possessed a machinegun, as defined in Title 18, United States Code Section 921(a)(24), and Title 26, United States Code, Section 5845(b), namely, an auto-switch conversion device that was designed and intended, solely and exclusively, for the purpose of converting a semi-automatic handgun into a fully-automatic machinegun, which defendant JONES knew to be a machinegun.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about May 31, 2024, in Ventura County, within the Central District of California, defendant COLIN JONES knowingly possessed ammunition, namely, one round of Armscor .22 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant JONES possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Manufacturing of Controlled Substances, in violation of California Health and Safety Code Section 11379.6(a), in the Superior Court for the State of California, County of Ventura, Case Number 2018033878, on or about January 13, 2021;

2. Possession of Short-Barreled Shotgun or Rifle, in violation of California Penal Code Section 33210, in the Superior Court for the State of California, County of Ventura, Case Number 2018032798, on or about December 3, 2018; and

3. Assault with Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2008020215, on or about January 14, 2009.

COUNT THREE

[18 U.S.C. § 922(g)(1)]

On or about June 13, 2024, in Ventura County, within the Central District of California, defendant COLIN JONES knowingly possessed ammunition, namely, 20 rounds of Poongsan Metal Corporation .223 caliber ammunition, 19 rounds of Tulammo .223 caliber ammunition, 211 rounds of Lake City Army Ammunition Plant .223 caliber ammunition, 29 rounds of JSC Barnaul 7.62x39mm caliber ammunition, 56 rounds of Winchester .22LR caliber ammunition, 10 rounds of Remington .22LR caliber ammunition, one round of Remington .22LR caliber ammunition, 249 rounds of Federal Cartridge Company .22LR caliber ammunition, two rounds of Aguila Ammunition .22LR caliber ammunition, one round of RUAG/AmmoTec .22LR caliber ammunition, one round of Armscor .22LR caliber ammunition, two rounds of Winchester .22LR caliber ammunition; 18 rounds of Winchester .22LR caliber ammunition; 20 rounds of Sig Sauer 9mm Luger caliber ammunition, 45 rounds of Winchester 9mm Luger caliber ammunition, and one round of CCI/SPEER .22LR caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant JONES possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.  Manufacturing of Controlled Substances, in violation of California Health and Safety Code Section 11379.6(a), in the Superior Court for the State of California, County of Ventura, Case Number 2018033878, on or about January 13, 2021;

2.  Possession of Short-Barreled Shotgun or Rifle, in violation of California Penal Code Section 33210, in the Superior Court for the

State of California, County of Ventura, Case Number 2018032798, on or about December 3, 2018; and

    3.   Assault with Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2008020215, on or about January 14, 2009.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Three of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense.

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL

                                        /S/
                                        Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*[signature: Frances S. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

JOSEPH S. GUZMAN
Assistant United States Attorney
General Crimes Section